ALBERT W. TWIGGAR, Appellant, *v.* THE OSSINING PRINTING AND PUBLISHING COMPANY, Respondent.

*Twiggar* v. *Ossining Printing & Publishing Co.*, 161 App. Div. 718, appeal dismissed.
(Argued March 20, 1917; decided April 3, 1917.)

APPEAL from a final judgment entered June 5, 1914, upon an order of the Appellate Division of the Supreme Court in the second judicial department, which reversed an order of Special Term overruling a demurrer to the complaint and sustained such demurrer in an action for libel.

*Thomas G. Barnes* for appellant.

*Joseph A. Greene* for respondent.

Appeal dismissed, with costs, on authority of *Will* v. *Barnwell* (197 N. Y. 298).

Concur: CHASE, COLLIN, HOGAN, CARDOZO, McLAUGH-LIN, CRANE and ANDREWS, JJ.